
FEB - 8 2018
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY R. ARCE, <br><br> Defendant. | CR 15-0406-PSG-1 <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) __X__ the appearance of defendant as required; and/or

(B) __X__ the safety of any person or the community.

//

//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will comply w/ conditions or refrain from criminal conduct

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply w/ conditions / no adequate bail resources

IT IS ORDERED that defendant be detained.

DATED: 2/8/18

*signature*

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE